438 A.2d 656

Scott Finance Co. v. Militti Studios, Inc., Appellant.

Argued December 2, 1980. Stephen F. Ritner, for appellant; Jay E. Goldfarb, for appellee.

Before SPAETH, BROSKY and HOFFMAN, JJ.

Orders affirmed.

438 A.2d 656

Seaman v. Seaman, Appellant.

Submitted June 9, 1980. J. Robert Zane, for appellant; Ronald R. Pellish, for appellee.

Before PRICE, WICKERSHAM and LIPEZ, JJ.

Order of the lower court affirmed.

PRICE, J., did not participate in the consideration or decision of this case.